IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INMER CAMPOS-CARRANZA, on behalf of himself and others similarly situated,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>)<br>v.   )<br>)<br>CREDIT PLUS, INC.,   )<br>)<br>Defendant.   ) | 1:16-cv-120 (LMB/MSN) |

## ORDER

For the reasons stated in open court, the Court finds that the settlement agreement in this civil action is fair, adequate, and reasonable. Accordingly, the Consent Motion for Order of Final Approval of Class Action Settlement Dismissal of Claims With Prejudice and Awarding Attorneys' Fees, Costs, and Class Representative Service Awards [Dkt. 74] is GRANTED and it is hereby

ORDERED that this civil action be and is DISMISSED.

The Clerk is directed to close this civil action and forward copies of this Order to counsel of record.

Entered this 17 day of February, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

/s/
Leonie M. Brinkema
United States District Judge